1
2
3
4
5
6
7
8                 IN THE UNITED STATES DISTRICT COURT FOR THE
9                        EASTERN DISTRICT OF CALIFORNIA
10
11   ASOFA V. TAFILELE,                        1:10-cv-01493-LJO-GBC (PC)
12              Plaintiff,
                                               ORDER DENYING MOTION FOR
13        v.                                   APPOINTMENT OF COUNSEL
14   KELLY HARRINGTON, et al,
                                               (ECF No. 24)
15              Defendants.
16   _____/

17        On September 26, 2011, Plaintiff filed a motion seeking the appointment of

18   counsel.  Plaintiff does not have a constitutional right to appointed counsel in this

19   action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot

20   require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v.

21   United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109

22   S.Ct. 1814, 1816 (1989).  However, in certain exceptional circumstances the court may

23   request the voluntary assistance of counsel pursuant to Section 1915(e)(1).  Rand, 113

24   F.3d at 1525.

25        Without a reasonable method of securing and compensating counsel, the court

26   will seek volunteer counsel only in the most serious and exceptional cases.  In

27   determining whether "exceptional circumstances exist, the district court  must evaluate

28   both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate

                                          -1-

1   his claims *pro se* in light of the complexity of the legal issues involved."  Id. (internal

2   quotation marks and citations omitted).

3            In the present case, the Court does not find the required exceptional

4   circumstances.  Even if it is assumed that Plaintiff is not well versed in the law and that

5   he has made serious allegations which, if proved, would entitle him to relief, his case is

6   not exceptional.  This Court is faced with similar cases almost daily.  Further, at this

7   early stage in the proceedings, the Court cannot make a determination that Plaintiff is

8   likely to succeed on the merits, and based on a review of the record in this case, the

9   Court does not find that Plaintiff cannot adequately articulate his claims.

10           For the foregoing reasons, Plaintiff's motion for the appointment of counsel is

11   HEREBY DENIED, without prejudice.

12   IT IS SO ORDERED.

13

     Dated:   October 3, 2011

14                                                              UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-