# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>     Plaintiff,<br><br>v.<br><br>KELLY HARRINGTON, et al.,<br><br>     Defendants.<br>_____/ | CASE NO.   1:10-CV-01493-LJO-GBC (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO BEGIN DISCOVERY AND MOTION FOR A STATUS CONFERENCE AS MOOT PER SCHEDULING ORDER<br><br>(Doc. 29) |

     Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 19, 2011, Plaintiff filed a motion requesting a pretrial / status conference and permission to start discovery. Doc. 29. On October 24, 2011, the Court issued a discovery and scheduling order. Doc. 30. Moreover, pro se prisoner cases are not subject to conference requirements of Fed. R. Civ. P. 26(f). Thus, Plaintiff's request for discovery and a status conference is not necessary per the discovery and scheduling order issued October 24, 2011.

     Accordingly, Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   November 7, 2011

UNITED STATES MAGISTRATE JUDGE