# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE, | CASE NO: 1:10-cv-01493-LJO-GBC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| KELLY HARRINGTON, et al., | |
| Defendants. | |
| | / Docs. 34, 40 |

On August 18, 2010, Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. Defendants were employed at Kern Valley State Prison. *See id.* The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2011, Plaintiff filed a Motion to Transfer Plaintiff to a facility with an adequate law library against prison officials at Corcoran State Prison. Doc. 34. On May 18, 2012, the Magistrate Judge construed this as a Motion for a Preliminary Injunction and issued Findings and Recommendations to deny the motion, as the allegations in Plaintiff's complaint arose at Kern Valley State Prison. Doc. 40. Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

//

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations, filed May 18, 2012, are ADOPTED, in full;

3          and

4    2.    Plaintiff's motion for preliminary injunction, filed November 8, 2011, is DENIED.

<u>IT IS SO ORDERED.</u>

**Dated:    July 9, 2012**               <u>/s/ Lawrence J. O'Neill</u>
                                         <u>UNITED STATES DISTRICT JUDGE</u>