# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY HARRINGTON, et al.,<br><br>    Defendants. | CASE NO: 1:10-cv-01493-LJO-GBC (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT<br><br>Docs. 44, 51<br><br>DEADLINE: DECEMBER 26, 2012 |

On August 18, 2010, Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On July 20, 2011, the Court found a cognizable Eighth Amendment claim for excessive force against Defendants Mata, Hernandez, Williams, Spurgeon, and Murphy, and Eighth Amendment claim for deliberate indifference to serious medical need against Defendant Meza. Doc. 15.

On October 4, 2012, Defendants filed a motion for summary judgment and declarations in support of the motion for summary judgment, contemporaneously with a notice as to how Plaintiff must oppose the motion in order to avoid dismissal, pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) and *Woods v. Carey*, 684 F.3d 934, 936 (9th Cir. 2012). Docs. 44-47.

On December 10, 2012, Defendants filed a motion for extension of time to file a reply to the motion for summary judgment. Doc. 51. In Defendant's motion, counsel states that she needs more time to review Plaintiff's voluminous opposition and to prepare a reply. *Id.* The Court HEREBY GRANTS Defendants' motion for extension of time to file a reply to the motion for summary

1  judgment. Defendants requested a deadline of December 24, 2012, but the Court will be closed on
2  that day. Therefore, the deadline is December 26, 2012.
3        Defendants have until **December 26, 2012** in which to file a reply to the motion for summary
4  judgment.

6  IT IS SO ORDERED.

7  Dated:    December 11, 2012
8                                       UNITED STATES MAGISTRATE JUDGE