# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>         Plaintiff,<br><br>    vs.<br><br>HARRINGTON, et al.,<br><br>         Defendants. | ) 1:10cv01493 LJO DLB PC<br>)<br>) ORDER ADOPTING FINDINGS AND<br>) RECOMMENDATION AND DENYING<br>) DEFENDANTS' MOTION FOR SUMMARY<br>) JUDGMENT<br>)<br>) (Document 57)<br>)<br>) |

   Plaintiff Asofa V. Tafilele ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 18, 2010. Defendants filed a Motion for Summary Judgment on October 4, 2012, and the matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On May 17, 2013, the Magistrate Judge issued Findings and Recommendations to deny Defendants' Motion for Summary Judgment. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 17, 2013, are ADOPTED in full;
2. Defendants' Motion for Summary Judgment is DENIED (Document 44).

IT IS SO ORDERED.

Dated:   **June 24, 2013**                             **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE