UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>          Plaintiff,<br><br>     v.<br><br>HARRINGTON, et al.,<br><br>          Defendants. | Case No.: 1:10cv01493 LJO DLB (PC)<br><br>ORDER DIRECTING PARTIES TO NOTIFY THE COURT WHETHER A SETTLEMENT CONFERENCE BEFORE A UNITED STATES MAGISTRATE JUDGE WOULD BE BENEFICIAL<br><br>FIFTEEN DAY DEADLINE |

    Plaintiff Asofa V. Tafiele ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's claims that (1) Defendants Hernandez, Williams, Spurgeon and Murphy used excessive force against him in violation of the Eighth Amendment; and (2) Defendant Meza was deliberately indifferent to a serious medical need in violation of the Eighth Amendment.  Trial is set for March 4, 2014.

    Within fifteen (15) days from the date of service of this order, Plaintiff and Defendants are each to file a written response indicating whether a Court settlement conference would be beneficial in resolving this action.  If both parties agree, the Court will issue a further scheduling order setting this

1

1  matter for settlement conference before a Magistrate Judge or District Judge from the United States
2  District Court, Eastern District of California.

5  IT IS SO ORDERED.

    Dated:   **October 18, 2013**                    /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE