UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ASOFA V. TAFILELE, | ) Case No.: 1:10cv01493 LJO DLB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER REFERRING CASE FOR<br>) SETTLEMENT CONFERENCE |
| HARRINGTON, et al., | ) |
| Defendants. | ) Date: November 26, 2013<br>) Time: 10:00 a.m.<br>) The Honorable Michael J. Seng<br>) Courtroom 6 |

Plaintiff Asofa V. Tafiele ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

Pursuant to the parties' statements, the Court has determined that this case would benefit from a settlement conference. Therefore, the case will be referred to Magistrate Judge Michael J. Seng to conduct a settlement conference on November 26, at 10:00 a.m. at the United States District Court, Fresno, Courtroom 6.

A separate order and writ of habeas corpus ad testificandum will issue forthwith.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Michael J. Seng on **November 26, 2013, at 10:00 a.m**. at the United States District Court, 2500 Tulare Street, Fresno, California, in Courtroom 6.

2. Defendants' lead counsel and a person with full and unlimited authority to negotiate and enter into a binding settlement on Defendants' behalf shall attend in person.[1]

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. Each party shall (1) provide a confidential settlement conference statement, described below, to Laurie Yu, U.S. District Court-Yosemite, 9004 Castle Cliffs Court, Yosemite, CA, 95389, or via e-mail at lyu@caed.uscourts.gov, **to arrive no later than November 20, 2013**, and (2) file a <u>Notice of Submission of Confidential Settlement Conference Statement</u> (See Local Rule 270(d)).

Settlement statements **should not be filed** with the Clerk of the Court **or served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

The confidential settlement statement shall be **no longer than three pages** in length, typed or neatly printed, and include the following:

    a. A brief statement of the facts of the case.

    b. A brief statement of the claims and defenses, e.g., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    c. A summary of the proceedings to date.

    d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

    e. The relief sought.

    f. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

---

[1] Insofar as Defendants request that a CDCR representative be permitted to appear by phone, the request is denied.

1                g.    A brief statement of each party's expectations and goals for the
2 settlement conference.
3         5.    The Clerk of the Court is directed to serve a copy of this order on the Litigation
4 Office at the California Substance Abuse Treatment Facility, Corcoran, via facsimile at (559) 992-
5 7191.

8 IT IS SO ORDERED.

9     Dated:    **November 7, 2013**                    /s/ Dennis L. Beck
10                                         UNITED STATES MAGISTRATE JUDGE

3