UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>          Plaintiff,<br><br>     v.<br><br>HARRINGTON, et al.,<br><br>          Defendants. | Case No.: 1:10cv01493 LJO DLB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(Document 71) |

Plaintiff Asofa V. Tafiele ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On November 7, 2013, the Court issued a Writ of Habeas Corpus Ad Testificandum. The Court issued an amended writ on November 8, 2013.

Accordingly, the November 7, 2013, writ (Document 71) is VACATED.

IT IS SO ORDERED.

Dated:  **November 8, 2013**                    /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28