# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>   Plaintiff,<br><br> v.<br><br>KELLY HARRINGTON, et al.,<br><br>   Defendants. | Case No. 1:10-cv-01493-LJO-MJS<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ASOFA TAFILELE<br><br>ECF Nos. 70, 72 |

Plaintiff Asofa V. Tafilele ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 18, 2010.

This action proceeds on Plaintiff's First Amended Complaint, filed July 14, 2011. (ECF Nos. 14, 15.)

The settlement conference scheduled for November 26, 2013, before the Honorable Michael J. Seng (ECF No. 70) is hereby VACATED.  The Writ of Habeas Corpus ad Testificandum for Asofa V. Tafilele (ECF No. 72) is hereby VACATED.

///
////
///
///
///

1

1    The Clerk of the Court is hereby ORDERED to provide a copy of this order to the
2 litigation coordinator at the California Substance Abuse Treatment Facility in Corcoran,
3 California.

IT IS SO ORDERED.

Dated:   November 25, 2013            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE