# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE, | **1:10-cv-01493- LJO-DLB (PC)** |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MARK HOWARD, CDC #K-66087, WITNESS** |
| vs. | |
| HERNANDEZ, et al., | |
| Defendants. | DATE: March 4, 2014 |
| | TIME: 8:00 a.m. |

**MARK HOWARD**, inmate, **CDC# K-66087**, a necessary and material witness in proceedings in this case on March 4, 2014, is confined at California State Prison, Solano, 2100 Peabody Road, Vacaville, CA 95696, in the custody of the Warden.   In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States District Court Judge Lawrence J. O'Neill at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721, in Courtroom #4, Seventh Floor, on March 4, 2014, at 8:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1.   A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2.   The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:   The Warden,** California State Prison, Solano, 2100 Peabody Road, Vacaville, CA 95696:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **January 10, 2014**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE