1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  ASOFA V. TAFILELE,                      Case No.  1:10-cv-01493 LJO DLB (PC)

12              Plaintiff,                   **ORDER PERMITTING EQUIPMENT AT TRIAL**

13  v.
                                            Trial Date:    March 4, 2014
14  HERNANDEZ, ET AL.,                       Time:          8:30 a.m.
                                            Courtroom:     4
15              Defendants.
                                            Judge:         Hon. Lawrence J. O'Neill
16

17          IT IS HEREBY ORDERED that Defendants HERNANDEZ, MATA,

18  MEZA, MURPHY, SPURGEON and WILLIAMS, by and through their attorney of

19  record, Susan E. Coleman of BURKE, WILLIAMS & SORENSEN, LLP, are

20  authorized to bring into the courtroom a laptop and projector, to be set up in the

21  above courtroom on March 4, 2014 between 8:00 a.m. and 9:00 a.m., and to

22  maintain the equipment in the courtroom during the course of trial from day to day

23  until completed.
    IT IS SO ORDERED.
24

25      Dated:   **February 26, 2014**            **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE
26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES
                                    - 1 -                1:10-CV-01493 LJO DLB (PC)
                                                    ORDER RE EQUIPMENT AT TRIAL