# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>    Plaintiff,<br><br>    v.<br><br>HERNANDEZ, et al.,<br><br>    Defendants. | Case No.: 1:10cv01493 LJO DLB (PC)<br><br>NOTICE AND ORDER THAT JOSHUA CARILLO IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on March 4, 2014. Inmate Joshua Carillo testified in the matter on March 4, 2014. Mr. Carillo finished his testimony on March 4, 2014.

Accordingly, Joshua Carillo, CDCR #P-96744, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 4, 2014**           /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1