UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>          Plaintiff,<br><br>     v.<br><br>HERNANDEZ, et al.,<br><br>          Defendants. | Case No.: 1:10cv01493 LJO DLB (PC)<br><br>NOTICE AND ORDER THAT RONALD HWANG IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on March 4, 2014. Inmate Ronald Hwang testified in the matter on March 4, 2014. Mr. Hwang finished his testimony on March 4, 2014.

Accordingly, Ronald Hwang, CDCR # V-07990, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 4, 2014**              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE