UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>    Plaintiff,<br><br>    v.<br><br>HERNANDEZ, et al.,<br><br>    Defendants. | Case No.: 1:10cv01493 LJO DLB (PC)<br><br>NOTICE AND ORDER THAT PYUNG RYOO IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on March 4, 2014.  Inmate Pyung Ryoo testified in the matter on March 4, 2014.  Mr. Ryoo finished his testimony on March 4, 2014.

Accordingly, Pyung Ryoo, CDCR #F-88924, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 4, 2014**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1