# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:10cv01493 LJO DLB (PC)<br><br>REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MARCH 5, 2014, AT 8:30 A.M. IN COURTROOM 4 |

Plaintiff Asofa V. Tafilele, CDCR # T-15881, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, March 5, 2014, in Courtroom 4, from day to day until completion of the proceedings or as ordered by the Court. IT IS SO ORDERED.

Dated:　**March 4, 2014**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1