1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE, | ) Case No.: 1:10cv01493 LJO DLB (PC) |
| Plaintiff, | ) NOTICE AND ORDER THAT ASOFA V. TAFILELE IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| HERNANDEZ, et al., | |
| Defendants. | |

Jury trial in this matter commenced on March 4, 2014.  Jury trial concluded on March 5, 2014.

Accordingly, Plaintiff Asofa V. Tafilele, CDCR # T-15881, is no longer needed by the Court in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **March 5, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1