UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASOFA V. TAFILELE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KELLY HARRINGTON, ET AL.,<br><br>　　　　　Defendants. | Case No.  1:10-cv-01493 LJO DLB (PC)<br><br>**ORDER GRANTING STIPULATION TO WAIVE RIGHT TO APPEAL VERDICT ENTERED IN FAVOR OF DEFENDANTS IN EXCHANGE FOR WAIVER OF RIGHT TO PURSUE RECOVERY COSTS** |

　　　　The Court hereby grants the Parties Stipulation that plaintiff will not appeal the judgment issued in favor of defendants in this matter, in exchange and consideration of defendants' agreement not to pursue recovery of their costs of suit.

IT IS SO ORDERED.

　　Dated:　**May 1, 2014**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE